IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RICHARD SHANGRAW,**

    Plaintiff,

v.                                            No. 13-cv-0997 RHS/SMV

**DePUY ORTHOPAEDICS, INC.; DePUY, INC.;
DePUY INT'L LTD.; JOHNSON & JOHNSON;
JOHNSON & JOHNSON SERVS., INC.; and
JOHNSON & JOHNSON INT'L;**

    Defendants.

## ORDER TO SHOW CAUSE

    THIS MATTER is before the Court sua sponte. Plaintiffs filed his Complaint against Defendants on October 15, 2013. [Doc. 1]. Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs had 120 days from filing the Complaint within which to effect service of process. There is no indication on the record that service of process has been effected with respect to Defendants DePuy, Inc., and DePuy International Limited.

    **IT IS THEREFORE ORDERED** that Plaintiff show good cause why his claims against Defendants DePuy, Inc., and DePuy International Limited should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). Plaintiff shall file his response within 21 days of entry of this Order.

    **IT IS SO ORDERED.**

                                                            **STEPHAN M. VIDMAR**
                                                            **United States Magistrate Judge**